**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Eric DUNN, Respondent.**

Supreme Court of Pennsylvania.

July 1, 2014.

---

1. This Court has explained the concept of exclusive jurisdiction as follows:

   What does the phrase "exclusive jurisdiction" commonly and ordinarily [sic] connote or mean? Almost half century ago, the Superior Court in *Commonwealth v. Supt. House of Correction*, 64 Pa.Super. 613, 623 [(1916)], interpreting "exclusive jurisdiction" as used in a statute, said: "Nor can there be any doubt as to the meaning the legislature intended to give to the word exclusive. In its usual and generally accepted sense, as given by lexicographers, and in the ordinary speech of the people, it means,—possessed to the exclusion of others; appertaining to the subject alone, individual, sole; to confer exclusive jurisdiction on one court deprives all other courts of such jurisdiction, whether theretofore exclusive or concurrent, conferred by statute." 3, Words and Phrases, 2550; possessed and enjoyed to the exclusion of others; debarred from participation and enjoyment to any other; nor including, admitting or pertaining to any other; opposed to inclusive: 17 Cyc. 871.2. *See also: The Oxford English Dictionary*, (1933), Vol. III, p. 384. The word "exclusive" is of Latin derivation—"ex" meaning "out" and "claudere" meaning "to shut". "Exclusive" precludes any idea of co-existence and its usual, ordinary and generally accepted meaning is "sole", "undivided" and "possessed to the exclusion of others". *Harris–Walsh, Inc. v. Borough of Dickson City*, 420 Pa. 259, 216 A.2d 329, 334 (1966).

### ORDER

PER CURIAM.

**AND NOW,** this 1st day of July, 2014, it is hereby ordered that the Petition for Allowance of Appeal is **GRANTED,** the decision of the Superior Court is **VACATED,** and the matter is **REMANDED** to that court in light of this Court's decision in *Commonwealth v. Gary,* 91 A.3d 102 (Pa.2014). *See Gary,* at 138 (holding Pennsylvania law governing warrantless searches of motor vehicles is coextensive with federal law). Jurisdiction relinquished.